JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN, | Case No. ED CV 25-0656 FMO (SPx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SNIPP FINANCIAL SOLUTIONS LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 8th day of May, 2025.

/s/
Fernando M. Olguin
United States District Judge